**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shirley A. Rotto                                           CHAPTER 13
                         Debtor(s)

                                                                  BKY. NO. 23-20192 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
13 Feb 2023, 12:44:56, EST

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: bf5e00a55160eb85ed5f439e07a932d1c33b1cd2846dc8acfc8438cb2938f4d5