## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shirley A. Rotto                                    CHAPTER 13
                       Debtor(s)
                                                           BKY. NO. 23-20192 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
08 May 2023, 10:00:57, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com