IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| SHIRLEY A. ROTTO | ) | BANKRUPTCY CASE NO. 23-20192 |
|     Debtor | ) | |
| | ) | MOTION NO. |
| PEOPLES GAS COMPANY LLC, F/K/A | ) | CHAPTER 13 |
| PEOPLES TWP LLC | ) | |
|     Movant, | ) | |
|     vs. | ) | re doc. 29 |
| | ) | |
| SHIRLEY A. ROTTO, and RONDA J. | ) | |
| WINNECOUR, ESQUIRE, Trustee | ) | |
|     Respondents. | ) | |

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, to-wit, this 30th day of August, 2023, upon Motion of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, service of the same upon Debtor and Debtor's Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtor has failed to pay their utility bills and/or security deposit to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as and when they became due post petition. The Peoples Gas Company LLC, f/k/a Peoples TWP LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2. The Court finds that continued utility service is necessary for an effective reorganization by the Debtors. Therefore, the administrative claims of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan. In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Gas Company LLC, f/k/a Peoples TWP LLC through the Trustee as part of the Chapter 13 Plan. The budget payment as of the date of this Order is $180.00. **The total amount to be included in the Plan, including budget and arrearages, is set forth in paragraph four (4) of this Order.**

      3.     In order to pay the combined administrative claims and ongoing budget of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, the Plan payment must be increased. Distribution to Peoples Gas Company LLC, f/k/a Peoples TWP LLC must begin effective beginning in October of 2023.

      4.     To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $193.38 shall be distributed to the Movant, the Peoples Gas Company LLC, f/k/a Peoples TWP LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC.

      5.     If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Gas Company LLC, f/k/a Peoples TWP LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

      6.     If the counsel for the Debtor has not consented to the Order by signing below, this Order is entered by Default subject to the Debtor's right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

      7.     Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

      8.     The debtor's post petition account number is xxxxxxxx3993.

FILED  
8/30/23 8:38 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  
dmk

cc: Jeffrey R. Hunt, GRB Law, 525 William Penn Pl., Suite 3110, Pittsburgh, Pa. 15219

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-20192-CMB
Shirley A. Rotto | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: auto         Page 1 of 2
Date Rcvd: Aug 30, 2023         Form ID: pdf900         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Shirley A. Rotto, 848 8th Avenue, Brackenridge, PA 15014-1052

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles James Grudowski
    on behalf of Debtor Shirley A. Rotto cjg@grudowskilaw.com admin@grudowskilaw.com

Jeffrey Hunt
    on behalf of Creditor Peoples Gas Company f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Aug 30, 2023  Form ID: pdf900  Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6